EBENEZER COOPER vs. JOHN NORTH et al.

Interest taxed as costs on a verdict, under the act of May 7, 1844, applies only to verdicts and reports rendered and made after its passage.

*Motion by plaintiff for retaxation of costs with instructions.*—This was a special action on the case, for diverting water from the plaintiff's mills. A verdict was rendered for the plaintiff in June, 1841; proceedings on the verdict being stayed, on the making of a case, judgment was not rendered thereon until January 1844. In June 1844, the plaintiff's costs were duly taxed and the record signed, filed and docketed. And now the plaintiff moves for a retaxation of costs with instructions to the taxing officer to tax with them the interest on the verdict from the time the same was rendered.

G. STOW, *Deft Counsel.*        G. STOW, *Defts Atty.*

A. TABER, *Plffs Counsel.*      G. M. BECKWITH, *Plffs Atty.*

*Per Curiam.*—The act of May 7th, 1844 (Session Laws, p. 508), is not retrospective in its operation. It applies only to verdicts and reports rendered and made after its passage.

*Decision.*—Motion denied, with costs.